UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ANTRELL VONIQUE BROWN,

          Plaintiff,

v.

JUST DETENTION INTERNATIONAL et al.,

          Defendants.
_____/

Case No. 1:20-cv-469

Honorable Paul L. Maloney

## ORDER TO FILE AMENDED COMPLAINT

This is a civil rights action brought by a Michigan state prisoner under 42 U.S.C. § 1983. The action originally was filed in the United States Court for the Eastern District of California and subsequently was transferred to this Court. (ECF No. 7.) All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. If Plaintiff wishes to proceed with his action, he must carefully fill out the form and submit it to the Court.

The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall submit an amended complaint by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include and clearly identify all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. If Plaintiff fails to allege specific facts supporting any of his claims, the Court will dismiss those claims. Plaintiff is to refrain from needless name-calling in his amended complaint. Plaintiff need not re-submit supporting exhibits filed with the original

2

complaint. The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court may dismiss the complaint without prejudice.

**IT IS SO ORDERED**.

Dated:  June 11, 2020                                /s/ Ray Kent
                                                     United States Magistrate Judge